IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ANTHONY PHAM and KHAHN PHAM,** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § § | **Civil Action No. 4:15-cv-734-O** |
| **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and DARREN MORGAN,** | § § § § | |
| **Defendants.** | § | |

## ORDER

Before the Court is the parties' Agreed Motion for Remand to State Court (ECF No. 5), filed October 15, 2015. Having considered the Motion, the Court hereby agrees to the requested relief.

Accordingly, it is **ORDERED** that the Motion is **GRANTED** and that this action is **REMANDED** to the 342nd Judicial District Court of Tarrant County, Texas. The District Clerk shall ensure that this case is returned in due course.

**SO ORDERED** on this **16th day** of **October, 2015.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE