# United States District Court

Northern District of Texas

Karen Mitchell  Fort Worth Division
Clerk of Court
                           10/16/2015

Clerk of Court
342nd Judicial District Court
200 E. Weatherford St., 5th Floor
Fort Worth, TX 76196

RE: Remand 4:15-CV-734-O (Your # 342-280607-15)

   Style: Pham, et al v. Allstate Fire and Casualty Insurance Company, et al

Dear Clerk:

   Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the             342nd Judicial District Court             , Tarrant County, Texas along with a copy of the docket sheet.

   If you have any questions regarding this matter, I may be reached at 817-850-6600.

                          Sincerely,
                          Karen Mitchell, Clerk


                     By: E. Dieth
                           Deputy Clerk

Enclosure  Certified copy of order and docket sheet


cc: